FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0337

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 24-0337

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

STEVEN JUSTIN HEDRICK,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the following transcripts shall be prepared and placed in the file of this Court in this cause:

> February 9, 2023 (Sapp)
> April 27, 2023 (Zoom recording-Sapp)

IT IS FURTHER ORDERED that the clerk of the Flathead County Justice Court transmit the record in Flathead County Justice Court Cause No. CR-385-2023-0000093 for filing in this cause.

The Clerk shall serve a copy of this Order upon counsel, the district court, the justice court, and the court reporter.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 14 2025